UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV19-09050 JAK (FFMx) | Date | March 9, 2020 |
| Title | Colorado Seasons, Inc. v. Daniel R. Friedenthal, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Cheryl Wynn | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Stephen L. Thomas | Shannon L. Santos |
| Jay J. Elliott | T. John Fitzgibbons |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND TO STATE COURT (DKT. 17)**

The motion hearing is held. The Court states its tentative views that it is inclined to deny Plaintiff's Motion to Remand to State Court (the "Motion"). Counsel address the Court. Plaintiff's Counsel states a potential plan to file a motion to dismiss without prejudice if the Motion is denied, and refile the action in the Superior Court without initially naming the diverse defendants, and later seeking to amend the complaint to add them. Because the Court does not accept oral motions, it does not address this statement, but states that if Plaintiff elects to seek such relief, it should do so through a written motion filed at an appropriate time. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued. The Court reminds the parties of the March 30, 2020 scheduling conference and the March 20, 2020 deadline to file a Joint Rule 16(b)/26(f) Report, which require discussion as to issues that are pertinent to efficient and appropriate pretrial processes in this matter whether it proceeds here or in the Superior Court.

**IT IS SO ORDERED.**

| | : | 17 |
|---|---|---|
| Initials of Preparer | cw | |