1
2
3
4
5
6
7
8
9
10 UNITED STATES DISTRICT COURT
11 CENTRAL DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13 COLORADO SEASONS, INC., | No. 2:19-cv-09050-JAK (FFMx) |
| 14           Plaintiff, | |
|     vs. | |
| 15 | **ORDER RE STIPULATION TO** |
| 16 DANIEL R. FRIEDENTHAL, FRIEDENTHAL, HEFFERNAN & | **DISMISS ENTIRE ACTION** |
| 17 BROWN, LLP, HARTFORD CASUALTY INSURANCE COMPANY, THE | **WITH PREJUDICE (DKT. 58)** |
| 18 HARTFORD INSURANCE GROUP and DOES 1 TO 250, Inclusive, | |
| 19           Defendants. | |
| 20 | |
| 21 HARTFORD CASUALTY INSURANCE COMPANY, | |
| 22           Counterclaimant, | |
|     vs. | |
| 23 | |
| 24 COLORADO SEASONS, INC. (DBA THE INCREDIBLE ART GALLERY); ART | |
| 25 BRAND STUDIOS, LLC, | |
| 26           Counter-Defendants. | |

27
28

Based on a review of the Stipulation to Dismiss Entire Action with Prejudice (the "Stipulation" (Dkt. 58)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed in its entirety with prejudice. Plaintiff/Counter-Defendant Colorado Seasons, Inc., Defendants Daniel R. Friedenthal and Friedenthal, Heffernan & Brown, LLP, Defendant/Counterclaimant Hartford Casualty Insurance Company, and Counter-Defendant Art Brand Studios, LLC will each bear its own costs in connection with this action.

**IT IS SO ORDERED.**

Dated: October 29, 2020

John A. Kronstadt
United States District Judge